PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Scott Kupersmith                             Cr.: 12-00375-001
                                                               PACTS #: 62808

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/04/2013

Original Offense: Securities Fraud

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, New Debt Restrictions, Self-Employment/Business Disclosure, Occupational Restrictions, Special Assessment, and Restitution

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/19/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'**

                    On February 7, 2017, United States Probation Officer Melissa Dues of the Southern District of Ohio Probation Office conducted a home visit of the offender's residence. During that home visit, the offender disclosed that he was going through some relationship issues with his girlfriend, and he admitted to using and tested positive for cocaine.

U.S. Probation Officer Action:

During August 2015, the offender's supervision was transferred to the Southern District of Ohio. Since that time, he has been generally compliant with his conditions of supervised release. He has maintained employment and made consistent restitution payments throughout this time, and was referred to the Southern District of Ohio's Low Intensity Caseload (an administrative caseload for low-risk offenders) before he began having domestic related issues. Recently, these domestic issues have escalated and have been ongoing for a couple of months. Although the offender is working on bettering his relationship, the stress paired with poor coping mechanisms has caused him to turn to cocaine. The offender currently participates in treatment with a therapist of his choosing on a regular basis, and he has been open and

Prob 12A – page 2
Scott Kupersmith

honest with his supervising officer and his therapist. The offender has also agreed to attend an outpatient substance abuse treatment program to address this recent cocaine use.

It is also noteworthy that the offender's restitution condition will not be satisfied by the date his supervision expires. He was ordered to pay a total of $1,796,151.00 and has been making consistent payments of $50.00 per month, leaving a balance of $1,794,321.00 toward this obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection. It is respectfully requested that Your Honor take no further action and allow Mr. Kupersmith's term of supervision to expire as scheduled on April 24, 2017.

Respectfully submitted,

By: Bethany Crede
U.S. Probation Officer
Date: 02/22/2017

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

☑ No Formal Court Action to be Taken – Supervision to Expires as Scheduled on April 24, 2017.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

4/4/17
Date